






THE LAW OFFICES OF

# MITCHELL D. BLUHM & ASSOCIATES, LLC




3400 TEXOMA PARKWAY, SUITE 100
SHERMAN, TEXAS 75090




TOLL FREE
888-887-6755

FACSIMILE
903-893-4157

MITCHELL D. BLUHM
ADMITTED IN GEORGIA

ROBERT B. RIDGEWAY
ADMITTED IN TEXAS

MBA HOURS OF OPERATION
MON - THUR 8AM TO 7PM, CENTR
FRIDAY 8AM TO 5PM, CENTRAL
SATURDAY 8AM TO NOON, CENT

June 28, 2019

Original Creditor: EMERGENCY PHYSICIAN SOLUT-SF
Current Creditor: CF Medical LLC
Original Account #: 001463780
MBA Account #: 17638324
Patient: KETZYA RIOS
Date of Service: 10/11/2015
Balance: $1289.00

Dear KETZYA RIOS:

This law firm has been engaged regarding the above-referenced matter. Your EMERGENCY PHYSICIAN SOLUT-SF account was acquired by CF Medical LLC and placed with this law firm for collection. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

We have been given authorization to convey an offer to resolve this account for a payment in the amount of $773.40, which is 40% off of the balance. In order to accept this offer, payment must be tendered on or before 07/29/2019.

This offer and the deadline for accepting it do not in any way affect your rights to dispute this debt and request validation of this debt during the 30 days following your receipt of this letter as described on the reverse side. If you do not accept this offer you are not giving up any of your rights regarding this debt.

To ensure professional service and compliance, all telephone calls to and from this firm may be monitored and/or recorded. If you would like to pay by telephone or have any questions regarding this letter, you may call us toll free at 888-887-6755. You will need this letter for reference if you want to pay your account online.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector.

**SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION**

***Detach Bottom Portion and Return With Payment***

DEPT 322 2466063319064
PO BOX 4115
CONCORD CA 94524

PAY ONLINE

https://ketzyariose2a40.revexpress.com

**PASSWORD:** A9901F1

Account #: 17638324
Amt Due: $773.40

RETURN SERVICE REQUESTED

KETZYA RIOS
3854 LYONS RD APT 204
COCONUT CREEK FL 33073-4488

PLEASE SEND PAYMENTS & CORRESPONDENCE TO:

Law Offices of Mitchell D. Bluhm & Associates
P. O. Box 3269
Sherman, TX 75091

MBASET1-0628-1213021762-01371-1371

S2351&6D1371



Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

CHECK ONE: _____ MASTERCARD _____ VISA VISA

ACCOUNT NUMBER ______________________________ EXP DATE ___________

CARDHOLDER NAME ______________________________

CARDHOLDER SIGNATURE ______________________________

AMOUNT OF PAYMENT $______________